UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Shyricka Scales, et al.<br><br>    Plaintiff(s),<br><br>v.<br><br>Mina Awad, et al.<br><br>    Defendant(s). | Case No. 3:23-cv-00809<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

### Rule 41(a)(1)(A)(ii) Stipulation for Voluntary Dismissal With Prejudice for All Claims against Defendants Mina Awad, Mark Anderson and Rutherford County, Tennessee

Comes now the undersigned parties, by counsel, and give Notice of Voluntary Dismissal with Prejudice for all claims against all Defendants, MINA AWAD, MARK ANDERSON and RUTHERFORD COUNTY, TENNESSEE.

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs file this stipulation to voluntarily dismiss their action against MINA AWAD, MARK ANDERSON and RUTHERFORD COUNTY, TENNESSEE without a court order. These claims are to be voluntarily dismissed **with prejudice**.

This Stipulation of Voluntary Dismissal is signed by all parties who have appeared in the above captioned action.

Respectfully Submitted:

**/s/ Sarah Mansfield**
Sarah Mansfield #39476
Wesley Clark, #32611
BRAZIL CLARK, PLLC
2901 Dobbs Avenue
Nashville, TN 37211
615-730-8619
615-514-9674 (fax)
wesley@brazilclark.com
sarah@brazilclark.com
*Attorneys for Plaintiffs*


**/s/ Randy Mantooth**
D. Randall Mantooth
Nick Christiansen
16 Public Square North
Murfreesboro, TN 37130
615-893-5522
nchristiansen@mborolaw.com
rmantooth@mborolaw.com
*Attorneys for Defendants*

## Certificate of Service

The undersigned herby certifies that on this February 16 2024 a true and correct copy of the foregoing is expected to be sent by automatic operation of the Court's Electronic Filing System to:

D. Randall Mantooth
Nick Christiansen
*Attorney for Defendants*
16 Public Square North
Murfreesboro, TN 37130
615-893-5522
nchristiansen@mborolaw.com
rmantooth@mborolaw.com

/s/ Sarah Mansfield