UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| SHYRICKA SCALES, | ) |
| IVARY SCALES, | ) |
| KENCHARRIES SCALES, | ) |
| | ) |
| Plaintiffs, | )  NO. 3:23-cv-00809 |
| | ) |
| v. | ) |
| | ) |
| MINA AWAD, | ) |
| MARK ANDERSON, | ) |
| RUTHERFORD COUNTY, | ) |
| TENNESSEE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties have filed a Rule 41(a)(1)(A)(ii) Stipulation for Voluntary Dismissal with Prejudice for All Claims against Defendants Mina Awad, Mark Anderson and Rutherford County, Tennessee (Doc. No. 21). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE